## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: TRISTAR DRYWALL, INC., <br><br> Debtor. <br> _____ <br><br> JOLI A. LOFSTEDT, Chapter 7 Trustee <br><br> Plaintiff, <br><br> v. <br><br> THE ALLEN GROUP, P.C., <br><br> Defendant. | Case No. 23-12920-MER <br><br> Chapter 7 <br><br><br> Adversary. No. 24-01177-MER |

## NOTICE OF DISMISSAL

Joli A. Lofstedt, as Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Tristar Drywall, Inc. ("TriStar"), through her undersigned counsel, files this Notice of Dismissal as follows:

1. On August 2, 2024, Trustee commenced this proceeding by filing her Complaint against The Allen Group, P.C. ("The Allen Group") [Docket No. 1].

2. The Allen Group has not filed or served an answer to Trustee's Complaint or a motion for summary judgment.[1]

3. Trustee and The Allen Group have resolved their disputes pursuant to a settlement agreement that was approved by the Court in TriStar's bankruptcy case [Docket No. 219 in Case No. 23-12920].

4. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Trustee dismisses this proceeding.

---

[1] The Allen Group did file a motion to extend the deadline to respond to the Complaint. However, The Allen Group and Trustee resolved their disputes before the extended deadline expired.

Dated: November 20, 2024                Respectfully Submitted,

                                                             **ONSAGER | FLETCHER | JOHNSON | PALMER LLC**

                                                             *s/ Gabrielle G. Palmer*
                                                             Gabrielle G. Palmer, #48948
                                                             600 17th Street, Suite 425N
                                                             Denver, Colorado 80202
                                                             Phone: (720) 457-7059
                                                             gpalmer@OFJlaw.com

                                                             *Counsel for Joli A. Lofstedt as Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

     I certify that on November 20, 2024, I served a complete copy of the foregoing on all parties requesting electronic notice through the court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

                                                             *s/ Barbara A. Moss*